1  TRINETTE G. KENT (State Bar No. 025180)
2  11811 North Tatum Blvd., Suite 3031
   Phoenix, AZ 85028
3  Telephone:  (480) 247-9644
4  Facsimile:  (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 James Gaskins

13
14              UNITED STATES DISTRICT COURT
15            FOR THE DISTRICT OF ARIZONA

16 | James Gaskins, | Case No.: 2:14-cv-00167-NVW |
17 | | **NOTICE OF SETTLEMENT** |
   | Plaintiff, | |
18 | | |
19 | vs. | |
20 | West Asset Management, Inc.; and DOES | |
21 | 1-10, inclusive, | |
22 | Defendants. | |
23

24
25
26
27
28

1

**NOTICE OF SETTLEMENT**

2

3

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

4

reached a settlement.  The Plaintiff anticipates filing a stipulation of dismissal of

5

Complaint and of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within

6

7

60 days.

8

RESPECTFULLY SUBMITTED this 31st day of March, 2014.

9

10

LEMBERG LAW, LLC

11

12

  */s/ Trinette G. Kent*
TRINETTE G. KENT

13

Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 31, 2014, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on March 31, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants West Asset Management, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 31, 2014.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                     */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

4