TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 699-8693
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
James Gaskins

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Gaskins,<br><br>     Plaintiff,<br><br>  vs.<br><br>West Asset Management, Inc.; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 2:14-cv-00167-NVW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby
2  stipulate that the above-captioned action is hereby discontinued against Defendants
3
4  West Asset Management, Inc. and Does 1-10, inclusive, with prejudice and both
5  parties to bear their own fees and costs.
6
7
8  DATED:  April 30, 2014
9
10  Plaintiff                                              Defendant
11  __/s/ Trinette G. Kent_____       ___/s/_Damian P. Richard___
12  TRINETTE G. KENT                        DAMIAN P. RICHARD
    10645 North Tatum Blvd.                 1545 Hotel Circle South,
13  Suite 200-192                           Suite 150
    Phoenix, AZ 85028                       San Diego, CA 92108
14  *Of Counsel to:*                        *Of Counsel to:*
15  Lemberg Law, LLC                        Sessions, Fishman, Nathan & Israel,
    A Connecticut Law Firm                  LLP
16  1100 Summer Street                      *Attorney for Defendant*
17  Stamford, CT  06905
    *Attorney for Plaintiff*
18

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On April 30, 2014, I served a true copy of foregoing document(s): **STIPULATION FOR DISMISSAL WITH PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby certify that on April 30, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.
Tel.:

**Attorney for Defendants West Asset Management, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 30, 2014.

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff