IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Gaskins,<br><br>                    Plaintiff,<br><br>v.<br><br>West Asset Management Incorporated, et al.,<br><br>                    Defendants. | No. CV-14-00167-PHX-NVW<br><br>**ORDER** |

The Court having considered the Stipulation for Dismissal with Prejudice (Doc. 13), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation (Doc. 13).

IT IS FURTHER ORDERED dismissing this action with prejudice, with the parties to bear their own costs and attorneys' fees.  The Clerk shall terminate this case.

Dated this 1st day of May, 2014.

_____
Neil V. Wake
United States District Judge